THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE BRITO, Appellant. [972 NYS2d 139]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ronald Zweibel, J.), rendered on or about July 14, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., DeGrasse, Manzanet-Daniels and Clark, JJ.